# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Case No. 18-23356-GLT |
| | : | |
| Anthony Anderson and | : | Chapter 13 |
| Trenda Anderson, | : | |
| Debtors | : | |
| | : | |

## CERTIFICATE OF SERVICE

    I, the undersigned, certify under penalty of perjury that I served the *Order Dated November 24, 2020 (Order Setting Hearing on Amended Plan), Notice of Proposed Modification to Confirmed Plan, and Amended Plan Dated November 23, 2020* on the parties at the addresses specified below or on the attached list. The type(s) of service made on the parties first class mail, hand delivery, or facsimile):

Dated November 27, 2020
                                                     /s/ Lawrence W. Willis
Lawrence W. Willis, Esquire
PA I.D. # 85299
Willis & Associates
201 Penn Center Blvd
Pittsburgh, PA 15235
Tel: 412.235.1721
Fax: 412.542.1704

MATRIX

Anthony & Trenda Anderson
9 Aldred Lane
Pittsburgh, PA 15227

Ronda J. Winnecour, Esquire
Suite 3250,
USX Tower
600 Grant Street
Pittsburgh, PA 15219

Borough of Whitehall
Goehring, Rutter & Boehm
c/o Jeffrey R. Hunt, Esquire
437 Grant Street, 14th Floor
Frick Building
Pittsburgh, PA 15219-6101

Borough of Whitehall & Baldwin-Whitehall SD
Goehring, Rutter & Boehm
c/o Jeffrey R. Hunt, Esquire
437 Grant Street, 14th Floor
Frick Building
Pittsburgh, PA 15219-6101

CAPITAL ONE
PO BOX 30285
SALT LAKE CITY UT 84130-0285

Capital One Bank (USA), N.A.
PO Box 71083
Charlotte, NC 28272-1083

Capital One, N.A.
c/o Becket and Lee LLP
PO Box 3001
Malvern PA 19355-0701

Comenitybank/victoria
Po Box 182789
Columbus, OH 43218-2789

1Credit One Bank Na
Po Box 98875
Las Vegas, NV 89193-8875

DISCOVER FINANCIAL SERVICES LLC
PO BOX 3025
NEW ALBANY OH 43054-3025

1Dpt Ed/slm
11100 Usa Pkwy
Fishers, IN 46037-9203

Duquesne Light Company
c/o Bernstein-Burkley, P.C.
707 Grant St., Suite 2200, Gulf Tower
Pittsburgh, PA 15219-1945

First Premier Bank
601 S Minnesota Ave
Sioux Falls, SD 57104-4868

Freedom Mortgage Corp
10500 Kincaid Dr
Fishers, IN 46037-9764

Freedom Mortgage Corporation
Bankruptcy Department
10500 Kincaid Drive
Suite 300

Fishers, IN 46037-9764
Kohls/capone
N56 W 17000 Ridgewood Dr
Menomonee Falls, WI 53051-7096

LVNV Funding, LLC its successors and
assigns
assignee of Arrow Financial Services,|LLC
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

MERRICK BANK
Resurgent Capital Services
PO Box 10368
Greenville, SC 29603-0368

MIDLAND FUNDING LLC
PO Box 2011
Warren, MI 48090-2011

Merrick Bank Corp
Po Box 9201
Old Bethpage, NY 11804-9001

Midland Funding

2365 Northside Dr Ste 30
San Diego, CA 92108-2709

Morning Star Federal C
307 Shaw Ave
Clairton, PA 15025-1848

Navient Solutions Inc
Po Box 9500
Wilkes Barre, PA 18773-9500

ONEMAIN
P.O. BOX 3251
EVANSVILLE, IN 47731-3251

Onemain
Po Box 1010
Evansville, IN 47706-1010|

PA Department Of Revenue
Bankruptcy Division
PO Box 788
Harrisburg, PA 17108-0788

PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541-1021|

Pacific Union Financia
1603 Lbj Fwy Ste 500
Farmers Branch, TX 75234-6071

Peoples Natural Gas Company LLC
c/o S. James Wallace, P.C.
845 N. Lincoln Avenue
Pittsburgh, PA 15233-1828

PORTFOLIO RECOVERY ASSOCIATES LLC
PO BOX 41067
NORFOLK VA 23541-1067

Premier Bankcard, Llc
Jefferson Capital Systems LLC Assignee
Po Box 7999
Saint Cloud Mn 56302-7999

SYNCB
PO BOX 965007
Orlando, FL 32896-5007

1SPRINGLEAF FINANCIAL SERVICES
P O BOX 3251
EVANSVILLE IN 47731-3251

Syncb Home
C/o Po Box 965036
Orlando, FL 32896-0001

Syncb/care Credit
C/o Po Box 965036
Orlando, FL 32896-0001

1UNITED STATES DEPARTMENT OF EDUCATION
CLAIMS FILING UNIT
PO BOX 8973
MADISON, WI 53708-8973

UPMC Health Services
PO Box 1123
Minneapolis, MN 55440-1123

1UPMC Physician Services
PO Box 1123
Minneapolis, MN 55440-1123

Us Dept Of Ed/glelsi
2401 International Lane
Madison, WI 53704-3121

1Us Dept Of Ed/glelsi
Po Box 7860
Madison, WI 53707-7860

1Verizon
by American InfoSource as agent
PO Box 248838
Oklahoma City, OK 73124-8838

1Verizon Wireless
Po Box 650051
Dallas, TX 75265-0051

Webbank/fingerhut Fres
6250 Ridgewood Rd
Saint Cloud, MN 56303-0820